Same case below, 289 S.W.3d 889.

Same case below, 620 F.3d 321.

**No. 10-759. David Aslani, et al., Petitioners v. State Farm Mutual Automobile Insurance Company, et al.**

562 U.S. 1218, 131 S. Ct. 1486, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1336.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-761. Harold E. Doley, et al., Petitioners v. Winston & Strawn, LLP.**

562 U.S. 1219, 131 S. Ct. 1487, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1339.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 384 Fed. Appx. 1.

**No. 10-763. Tanya Jackson, et al., Petitioners v. Estelle's Place, LLC, et al.**

562 U.S. 1219, 131 S. Ct. 1487, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1324.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 239.

**No. 10-767. Kwanza Martinez, Petitioner v. Government of the Virgin Islands.**

562 U.S. 1219, 131 S. Ct. 1489, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1377.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-774. Cherrie Haywood, et al., Petitioners v. Gary F. Locke, Secretary of Commerce.**

562 U.S. 1219, 131 S. Ct. 1491, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1427.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 355.

**No. 10-780. Ping Yip, Petitioner v. Hugs to Go LLC, et al.**

562 U.S. 1219, 131 S. Ct. 1491, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1490.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 377 Fed. Appx. 973.

**No. 10-781. Scott Wilkinson, et al., Petitioners v. Rick Torres, et al.**

562 U.S. 1219, 131 S. Ct. 1492, 179 L. Ed. 2d 304, 2011 U.S. LEXIS 1418.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 610 F.3d 546.